UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Santiago, Petitioner

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

D. LaClair, Superintendent

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 0 2012

PRO SE OFFICE

08 Civ. 9906 ( )( ) (DAB)

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that _____John Santiago_____
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

denail of Habeas Corpus
*(describe the judgment)*

entered in this action on the __16__ day of __February__, 20__12__.
 *(date)*  *(month)*  *(year)*

*/s/ Santiago*
*Signature*

Wyoming Correctional Facility
*Address*

Attica, New York 14011
*City, State & Zip Code*

DATED: __March__ __14__, 20__12__     ( ) -
*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Santiago, Petitioner
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

D. LaClair, Superintendent
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

08 Civ. 9906 (__)(__) (DAB)

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***
**ON APPEAL**

I, __John Santiago__, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: __1). Counsel was ineffective for not conducting a reasonable investigation on a witness who had exculpatory evidence that was available at the county jail where counsel visit me in (Strickland v. Washington). 2). Counsel was ineffective for not informing petitioner of the direct consequences rendered by N.Y. State Statute pursuant to penal law 70.30 via a consecutive sentence, which combines two terms to yeild on sentence (People v. Buss, 11 N.Y.3d 553); and ineffective for informing me that all I would have to do for the present offense is 3 years maximum. However, I continue to be incarcerated for the same offense as of the date of this application.__

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   Wyoming Correctional Facility, 3203 Dunbar Rd., Attica, N.Y. 14011

   current earnings is approx. $16.00

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   Coco-Cola, commenced in 2001 and terminated in 2006

   Monthly income was approx. $2,000

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    I received approx. $25.00 to $50.00, here and there during the past 12 months from a friend named Mr. Perez.

    a) Are you receiving any public benefits?    **XX** No.    ☐ Yes, $_____.

    b) Do you receive any income from any other source?  **XX** No.    ☐ Yes, $_____.

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

    **XX** No.    ☐ Yes, $_____.

5.  Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    **XX** No.    ☐ Yes, $_____.

6.  Do you pay for rent or for a mortgage? If so, how much each month?

    **XX** No.    ☐ Yes, _____.

7.  List the person(s) that you pay money to support and the amount you pay each month.

    None.

8.  State any special financial circumstances which the Court should consider.

    Petitioner has no immediate family as they are all deceased and therefore, petitioner is completely dependent upon the weekly $4.00 from the Correctional programs that he participates in.

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this <u>14th</u> day of <u>March</u>, <u>2012</u>.
            *date*           *month*         *year*

*J. Santiago*
*Signature*

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

_____
United States District Judge

DATED: _____ ___, 20__

_____, New York

*Rev. 07/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN SANTIAGO,

                Petitioner,

-against-

D. LACLAIR, Superintendent,
                Respondent.
-------------------------------------------------------------X



08 **CIVIL** 9906 (DAB)
**JUDGMENT**

      **Whereas** on November 9, 2010, the Honorable George A. Yanthis, United States Magistrate Judge, having issued a report and recommendation ("report") recommending that the petition for a writ of habeas corpus be denied in its entirety, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, thereafter, on February 16, 2012, having rendered its Order adopting the report in its entirety, and denying the petition for a writ of Habeas Corpus in its entirety, and dismissing this action in its entirety with prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 16, 2012, the report is adopted in its entirety; the petition for a writ of habeas corpus is denied is denied in its entirety; and this action is dismissed in its entirety with prejudice; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order dated February 16, 2012 would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal; accordingly, the case is closed.

**DATED:** New York, New York
             February 22, 2012

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                    BY:
                                                              **Deputy Clerk.**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

John Santiago, #07A1732
Wyoming Correctional Facility
3203 Dunbar Rd., P.O. Box 501
Attica, New York 14011

March 14, 2012

Att: Pro-se Clerk
United States District Court
Southern District of New York
U.S. Courthouse, 500 Pearl Street
New York, N.Y. 10007

08 civ. 9906 (DAB)

Re: Notice of Appeal Application
    In Forma Pauperis Application

Dear Court Clerk,

Please find enclosed for filing a Notice of Appeal with an application to proceed in forma pauperis as a result to a judgment entered by this Court on or about February 16, 2012, adopting the report and recommendation of the United States Magistrate Judge, Geoorge A. Yanthis, and denying the petition for a writ of Habeas Corpus in its entirety. A copy of the judgment is enclosed for your convenience. Thank you for your time and attention on this matter.

Sincerely,

John Santiago, #07A1732